No. 00–1932.   Dibari, Individually and as Lawful Guardian of Minor Children, Dibari et al. v. Bedford Central

SCHOOL DISTRICT ET AL. C. A. 2d Cir. Certiorari denied.